AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kessler, Gladys | U.S. District Court | 05/23/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Our Place, D.C. -- a 501(c)(3) organization |
| 2. Director | Frederick Abramson Foundation -- a 501(c)(3) organization |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. I am now collecting a reduced annuity from the fund. |
| 2. | |
| 3. | |

RECEIVED
2001 JUN -4 A 10: 33
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/23/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | D.C. Government - Pension | $ 112,495.32 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Prudential Insurance Company - Pension |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ADP - common stock | A | Dividend | K | T | | | | | |
| 2.  Tyco - common stock | A | Dividend | K | T | | | | | |
| 3.  MMM - common stock | B | Dividend | L | T | | | | | |
| 4.  GE - common stock | B | Dividend | L | T | | | | | |
| 5.  Black & Decker - common stock | A | Dividend | K | T | | | | | |
| 6.  Wells Fargo Advantage Corporate Bond Fund - mutual fund | A | Dividend | | | Sale | 3/13 | J | | |
| 7.  Wells Fargo Advantage Short Term Bond fund - mutual fund | A | Dividend | | | Buy | 3/06 | J | | |
| 8. | | | | | Sale | Var | K | | |
| 9.  Vanguard High Yield Tax Exempt - mutual fund | E | Interest | O | T | | | | | |
| 10.  Vanguard Tax Exempt Money Market Fund | B | Interest | K | T | | | | | |
| 11.  American Century Ultra - mutual fund | | None | | | Sale | 1/17 | M | D | |
| 12.  Bank of America - IRA - Nations Fund Trust - Marisco | | None | | | Rollover | 6/16 | K | | |
| 13.  Wells Fargo Advantage Short Term Bond Fund - IRA | C | Dividend | | | Rollover | 9/21 | M | | |
| 14.  D.C. Deferred Comp Plan | D | Int./Div. | | | Rollover | 5/08 | M | | |
| 15.  Sun Trust - Checking Account | A | Interest | K | T | | | | | |
| 16.  Wells Fargo Advan Corp Bond Fund (charitable) - mutual fund | B | Dividend | K | T | Buy | Var | M | | |
| 17. | | | | | Partial Sale | Var | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000.000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Century Ultra IRA - mutual fund | | None | | | Rollover | 6/22 | L | | |
| 19. Wells Fargo Advantage Fund IRA - mutual fund | B | Dividend | K | T | | | | | |
| 20. Garages - Note Receivable - Eskandar Senefi | A | Interest | | | Paid off | Var | J | B | See note in part VIII |
| 21. Banc of America - Archstone Smith - common stock | C | Dividend | | | Sale | Var | M | F | |
| 22. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 23. Vanguard Dividend Growth Fund | C | Dividend | M | T | | | | | |
| 24. Model Leasing Assoc II LC - A real estate partnership | | None | · | | Sale | 01/15 | J | | |
| 25. Janus Twenty Fund | A | Dividend | K | T | | | | | |
| 26. Escalade - common stock | B | Dividend | M | T | Buy | 3/16 | K | | |
| 27. Warehouse Leasing Assoc., L.C. | A | Interest | J | W | | | | | |
| 28. Banc of America - Nuveen Dividend Advantage Muni Bond Fund | B | Interest | K | T | | | | | See note in part VIII |
| 29. Washington Mutual - common stock | D | Dividend | M | T | | | | | |
| 30. Apache Corp - common stock | B | Dividend | M | T | Buy | 4/06 | L | | |
| 31. Duke Realty - common stock | B | Dividend | K | T | Partial Sale | 4/18 | K | D | |
| 32. General Electric - common stock | B | Dividend | L | T | | | | | |
| 33. Smith Midland - common stock | | None | K | T | | | | | |
| 34. Quality Systems - common stock | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hancock Fabrics - common stock | | None | | | Sale | 12/28 | J | | |
| 36. ConAgra - common stock | A | Dividend | | | Sale | 3/22 | K | | |
| 37. General Dynamics - common stock | A | Dividend | L | T | | | | | |
| 38. Banc of America - Eaton Vance Municipal Bonds | C | Interest | K | T | | | | | See note in part VIII |
| 39. Vanguard Health Care Fund | D | Dividend | M | T | Partial Sale | 1/17 | J | | |
| 40. Banc of America - D.C. G.O. Bond | B | Interest | K | T | | | | | See note in part VIII |
| 41. Banc of America - D.C. Revenue Bond | A | Interest | J | T | | | | | See note in part VIII |
| 42. Allstate - common stock | B | Dividend | L | T | | | | | |
| 43. RPM International - common stock | C | Dividend | L | T | | | | | |
| 44. Banc of America - 3M Company | A | Dividend | J | T | | | | | See note in part VIII |
| 45. Banc of America - General Electric | A | Dividend | J | T | | | | | See note in part VIII |
| 46. Banc of America - Eaton Vance Worldwide Health | A | Dividend | K | T | | | | | See note in part VIII |
| 47. Wells Fargo Advantage Opportunity Fund | D | Dividend | L | T | | | | | |
| 48. Vanguard Growth & Income Fund | A | Dividend | K | T | | | | | |
| 49. Ferris Baker Watts - Reserve Primary Fund | B | Dividend | K | T | | | | | |
| 50. Banc of America - IRA - Columbia Cash Reserves Daily | A | Dividend | | | Rollover | Var | K | | |
| 51. | | | | | Rollover | Var | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America - common stock ▲ | B | Dividend | L | T | Buy | 1/19 | K | | |
| 53. Vanguard Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | Buy | Var | M | | |
| 54. Vanguard IRA Prime Money Market Fund | A | Dividend | | | Rollover | Var | M | | |
| 55. | | | | | Rollover | Var | M | | |
| 56. Vanguard IRA Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | Rollover | 9/29 | M | | |
| 57. Vanguard IRA 500 Index Fund Investor Shares | A | Dividend | | | Rollover | Var | M | | |
| 58. | | | | | Rollover | 7/06 | M | | |
| 59. Vanguard IRA 500 Index Fund Admiral Shares | C | Dividend | N | T | Rollover | Var | N | | |
| 60. PNC Bank - Checking Account ▲ (X) | A | Interest | J | T | | | | | |
| 61. Ferris Baker Watts - Ace Comm Corp - common stock ▲ | | None | | | Buy | Var | J | | |
| 62. | | | | | Sale | Var | J | | |
| 63. Vanguard Tax Exempt Money Market ▲ | C | Interest | N | T | Buy | 03/07 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. 20. This receivable represents an installment sale in 2002, from which ███████ received monthly payrments of interest and principal. This was satified in full in 2006.

Additional notes on Part VII - lines 28, 38, 40, 41, 44, 45, 46 are all holdings in the same brokerage account.

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/23/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature █████████████████████████████ Date _May 24, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544